FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

AUG 1 2 2009

CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| LARRY GENE WESTFALL,<br><br>    Petitioner,<br><br>    v.<br><br>ROBERT J. HERNANDEZ, WARDEN,<br><br>    Respondent. | Case No. EDCV 09-0407-FMC (MLG)<br><br>ORDER ACCEPTING AND ADOPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the petition and all of the records and files, including the Report and Recommendation of the United States Magistrate. The Court accepts and adopts the findings and recommendations in the Report and Recommendation and orders that judgment be entered dismissing the petition with prejudice.

Dated: August 10, 2009

_____
Florence-Marie Cooper
United States District Judge