JS - 6/ENTER

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

AUG 1 2 2009

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

LARRY GENE WESTFALL,                )     Case No. EDCV 09-0407-FMC (MLG)
                                    )
            Petitioner,             )          JUDGMENT
                                    )
        v.                          )
                                    )
ROBERT J. HERNANDEZ, WARDEN,        )
                                    )
            Respondent.             )
_____)


    IT IS ADJUDGED that the petition is dismissed with prejudice.

Dated: August 10, 2009

                                    _____
                                    Florence-Marie Cooper
                                    United States District Judge

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

AUG 1 3 2009

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY